UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF L
2007 AUG 31  PM 3:10

SIGN_____
BY DEPUTY CLERK

DAVID LAPELL
(#258277)

VERSUS

CATHY FONTENOT, ET AL

CIVIL ACTION

NO. 07-199-A

### RULING

The court after carefully considering the complaint, the record, the law applicable to this action, and the Report and Recommendation(doc. 5) of Magistrate Judge Docia L. Dalby dated July 30, 2007, to which no objection has been filed, hereby approves the report and recommendation and adopts it as the court's opinion herein.

Accordingly, plaintiff's complaint shall be dismissed, without prejudice, for failure to pay the court's filing fee.

Baton Rouge, Louisiana, August 31, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA